Julie R. Trotter, Bar No. 209675
  jtrotter@calljensen.com
Ryan M. McNamara, Bar No. 223606
  rmcnamara@calljensen.com
Michael S. Orr, Bar No. 196844
  msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant SEJ Asset Management & Investment Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>  Plaintiff,<br><br>  vs.<br><br>SEJ ASSET MANAGEMENT & INVESTMENT COMPANY,<br><br>  Defendant. | Case No.  8:17-cv-00569 DOC (RAOx)<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with the Notice of Motion and Motion for Summary Judgment; Declarations of Michael S. Orr and Scott White; and Proposed Order]*<br><br>Date:   February 26, 2018<br>Time:  8:30 a.m.<br>Ctrm:  9D<br><br>Complaint Filed:   March 29, 2017<br>Trial Date:          April 24, 2018 |

Defendant SEJ Asset Management & Investment Company ("Defendant" or "SEJ") submits the following Statement of Uncontroverted Facts in support of its motion for summary judgment or, in the alternative, partial summary judgment pursuant to Fed. R. Civ. P. 56.

## UNCONTROVERTED FACTS

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 1. Plaintiff's Complaint alleges 5 barriers at the 7-Eleven store located at 10545 Slater Avenue, Fountain Valley, California (the "Store"). The barriers alleged are: (1) The signage at the disabled parking space is incorrect; (2) The disabled parking space has slopes and/or cross slopes that are too steep; (3) There is no space designated as van accessible; (4) The access aisle has slopes and/or cross slopes that are too steep; and (5) there is no International Symbol of Accessibility ("ISA") mounted at the front entrance. | Plaintiff's Complaint, ¶ 10<br>DKT # 1 |
| 2. Each of these alleged barriers have been addressed by Defendant and are not currently present at the Store. | Declaration of Scott White ("White Decl.") ¶¶ 2-3. |

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 3. At deposition, Plaintiff admitted that he has never attempted to park his vehicle in the accessible stall at the Store and that none of these alleged barriers impacted his ability to access the goods and services offered. Further, Plaintiff admitted that he was never deterred from visiting the store. | Declaration of Michael S. Orr ("Orr Decl."), ¶ 2, Ex. A (Deposition of Martin Vogel taken November 2, 2017 at 53:8-11, 79:2-9, 85:22-24, 86:4-5; and 87:20-25.) |
| 4. SEJ's tenant at the property hired Triamid Construction of Central CA to address and perform ADA upgrades at the Store. | White Decl. ¶ 2. |
| 5. In turn, Triamid hired a California Certified Access Specialist to inspect the property and provide it with plans for remediating access barriers. | White Decl. ¶ 2, Ex. A. |
| 6. Triamid submitted CASp prepared plans to the Fountain Valley Building Department for work to address each of the barriers alleged in Plaintiff's Complaint. | White Decl. ¶ 3. |

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 7. After obtaining building permits, Triamid performed the work recommended by the access specialist and obtained the local building authorities' approval when the work was completed. | White Decl. ¶ 3 Ex. B. |
| 8. The work performed by Triamid corrected the alleged sloping issues associated with the accessible stall and access aisle, correct van accessible signage was installed, and an ISA was added to the front entrance. | White Decl. ¶ 3 Ex. B. |

Dated: January 26, 2018

CALL & JENSEN
A Professional Corporation
Julie R. Trotter
Ryan M. McNamara
Michael S. Orr


By: */s/ Michael S. Orr*
    Michael S. Orr

Attorneys for Defendant SEJ Asset Management & Investment Company